```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MILA LAWSIN FONNER            :
                              : CIVIL ACTION
        Plaintiff             :
                              :
    vs.                       :
                              : NO. 14-CV-3738
TRAVELERS HOME & MARINE       :
INSURANCE COMPANY, ET. AL.    :
                              :
        Defendants            :
```

**ORDER**

AND NOW, this    14th    day of October, 2014, upon consideration of Defendants' Preliminary Objections in the nature of Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f), it is hereby ORDERED that the Motions are GRANTED and this action is DISMISSED in its entirety with prejudice for the reasons set forth in the preceding Memorandum Opinion.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER,      J.